AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Kelleen Sullivan and Ross Sullivan<br><br>*Plaintiff(s)*<br><br>v.<br><br>Stephen A. Finn, an individual; and Trust Company of America, Inc., a Colorado corporation<br><br>*Defendant(s)* | Civil Action No.  17-5799 JST |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Stephen A. Finn
8100 E. Union Avenue
No. R2304
Denver, CO 80237

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Peter L. Vestal
John A. Kelley
Niesar & Vestal LLP
90 New Montgomery St., 9th Floor
San Francisco, CA 94105
(415) 882-5300

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:  10/11/2017

Mark Romyn
*Signature of Clerk or Deputy Clerk*