PHILIP S. WARDEN (SBN 54752)
  philip.warden@pillsburylaw.com
ANDREW D. LANPHERE (SBN 191479)
  andrew.lanphere@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:    415.983.1000
Facsimile:    415.983.1200

Attorneys for Defendants
STEPHEN A. FINN and
TRUST COMPANY OF AMERICA, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLEEN SULLIVAN and ROSS SULLIVAN,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>STEPHEN A. FINN, an individual; and TRUST COMPANY OF AMERICA, INC. a Colorado corporation<br><br>　　　　　　　　Defendants. | Case No. 17-cv-05799-WHO<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANTS' MOTION TO TRANSFER PROCEEDINGS TO BANKRUPTCY COURT<br><br>Date:　　　　February 28, 2018<br>Time:　　　　2:00 p.m.<br>Courtroom: 2, 17th Floor<br>Judge:　　　Hon. William O. Orrick |

This stipulation is entered into by and between the "Stipulating Parties," consisting of plaintiffs KELLEEN SULLIVAN and ROSS SULLIVAN (collectively, the "Plaintiffs") and Defendants STEPHEN A. FINN and TRUST COMPANY OF AMERICA, INC. ("collectively, the "Defendants").

WHEREAS the Court has scheduled an Initial Case Management Conference in this action for February 20, 2018;

WHEREAS Defendants filed a Motion to Transfer Proceedings to Bankruptcy Court Pursuant to 28 U.S.C. § 157(a) and Northern District General order No. 24 [Dkt. 19] (the "Motion"), which seeks to transfer this case and each claim alleged in the Complaint to the United States Bankruptcy Court for the Northern District of California, which is set for hearing on February 28, 2018;

WHEREAS on January 30, 2018 Defendants filed the Declaration of Timothy Hoffman [Dkt. 22];

WHEREAS the opposition to the Motion is due February 2, 2018;

WHEREAS the reply to the Motion is due February 9, 2018;

WHEREAS the parties have agreed to continue the hearing on the Motion to a date on or after March 6, 2018 in order to allow Plaintiffs additional time to respond to the Hoffman declaration;

WHEREAS in the interests of efficiency and economy the parties have agreed to continue the Initial Case Management Conference to a date on or after the hearing on the Motion and to continue the deadline for the parties to file their Joint Case Management Conference Statement; and

WHEREAS the Stipulating Parties further believe it would serve the interests of efficiency and economy for the Initial Case Management Conference to take place concurrently with the hearing on the Motion;

NOW, THEREFORE, the Stipulating Parties, by and through their counsel of record, hereby stipulate, subject to the Court's approval, as follows:

1. The hearing on Defendants' Motion to Transfer Proceedings to Bankruptcy Court shall be continued to a date on or after March 6, 2018;
2. Plaintiffs' Opposition to the Motion shall be filed and served by February 13, 2018;
3. Defendants' Reply, if any, shall be filed and served by February 20, 2018;
4. A Joint Case Management Statement shall be filed by February 27, 2018; and
5. The Initial Case Management Conference currently scheduled for February 20, 2018 will be continued to a date on or after March 6, 2018.

IT IS SO STIPULATED.

Dated: January 31, 2018    PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

By:   /s/ Philip S. Warden
    Philip S. Warden (SBN 54752)
    Attorneys for Defendants STEPHEN A. FINN and
    TRUST COMPANY OF AMERICA, INC.

Dated: January 31, 2018    NIESAR & VESTAL LLP
90 New Montgomery Street, 9th Floor
San Francisco, CA 94105
Telephone: (415) 882-5300

By:   /s/ Peter Vestal
    Peter Vestal (SBN 159440)
    Attorneys for Plaintiffs KALLEEN SULLIVAN and ROSS
    SULLIVAN

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. The hearing on Defendants' Motion to Transfer Proceedings to Bankruptcy Court shall be continued to Wednesday, March 7, 2018, at 2:00 p.m.;
2. Plaintiffs' Opposition to the Motion shall be filed and served by February 13, 2018;
3. Defendants' Reply, if any, shall be filed and served by February 20, 2018;
4. The Parties' Joint Case Management Statement shall be filed by February 27, 2018; and
5. The Initial Case Management Conference currently scheduled for February 20, 2018 will be continued to Wednesday, March 7, 2018, at 2:00 p.m.

Dated: February 2, 2018



The Hon. William H. Orrick
United States District Judge