1

2

3

4                        UNITED STATES DISTRICT COURT

5                       NORTHERN DISTRICT OF CALIFORNIA

6

7    KELLEEN F. SULLIVAN, et al.,                Case No. 17-cv-05799-WHO  and
                                                 18-cv-4807
8              Plaintiffs,

9          v.
                                                 **ORDER CONTINUING CASE
10   STEPHEN A. FINN, et al.,                     MANAGEMENT CONFERENCES**

11             Defendants.                        Re: Dkt. No. 48

12   AND RELATED CASE, see Dkt. No. 4

13

14         Having reviewed the Case Management Statements, it is apparent that the resolution of the

15   Motion for Compromise in Bankruptcy Court will clarify the issues in the matters before me.  It

16   also appears that the Sullivans' change of counsel may have caused their requests to extend the

17   deadline to respond to the Trustee's motion, causing a delay in that hearing.  Accordingly, I will

18   continue the Case Management Conference until **June 25, 2019 at 2:00 p.m.**  A Joint Statement

19   regarding each case shall be filed on June 18, 2019, and if there is disagreement on whether a joint

20   caption is appropriate, the parties should explain their position.

21         It will be my intent at the Case Management Conference to set an expeditious schedule for

22   trial.  In this regard, if the parties agree that certain issues will not be affected by the ruling on the

23   Motion to Compromise, they are encouraged to conduct discovery on those issues now in a way

24   that secures their speedy and inexpensive completion in accordance with Federal Rule of Civil

25   Procedure 1.  If the parties are unable to agree whether any suggested discovery is appropriate,

26   they should wait until the Case Management Conference and not file any discovery dispute letters

27   in the interim.  That said, I view discovery as a collaborative process and remind the lawyers of

28   their obligations under the Federal Rules of Civil Procedure, particularly Rule 1.

United States District Court
Northern District of California

1    Defendants' Motion to Transfer Case to Bankruptcy Court (Dkt. No. 19) is denied without

2    prejudice as moot.

3        **IT IS SO ORDERED.**

4    Dated: March 22, 2019



William H. Orrick
United States District Judge

United States District Court
Northern District of California