PHILIP S. WARDEN (SBN 54752)
  philip.warden@pillsburylaw.com
ANDREW D. LANPHERE (SBN 191479)
  andrew.lanphere@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: 415.983.1000
Facsimile: 415.983.1200

Attorneys for Defendants
STEPHEN A. FINN and TRUST
COMPANY OF AMERICA. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLEEN SULLIVAN and ROSS SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN A. FINN, an individual; and TRUST COMPANY OF AMERICA, INC., a Colorado corporation,<br><br>Defendants. | Case No. 17-cv-05799-WHO<br><br>STIPULATION REGARDING CONTINUATION OF HEARING OF DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS AND CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER |

| | |
|---|---|
| 1 | Plaintiffs Kelleen Sullivan and Ross Sullivan and Defendants Stephen A. Finn |
| 2 | and Trust Company of America, Inc. (collectively, the "Parties"), by and through |
| 3 | their respective counsel of record, hereby stipulate and agree as follows: |
| 4 | <u>Whereas</u>, Defendants have filed a motion for judgment on the pleadings |
| 5 | pursuant to Fed. R. Civ. P. 12(c) (the "Motion") [Dkt. 50]; |
| 6 | <u>Whereas</u>, when originally filed, the Motion was scheduled for hearing at 2:00 |
| 7 | p.m. on July 17, 2019; |
| 8 | <u>Whereas</u>, on June 19, 2019, the Court notified the parties that the Case |
| 9 | Management Conference in this matter would be continued to 2:00 p.m. on July 17, |
| 10 | 2019, to be held concurrently with the hearing of the Motion [Dkt. 53]; |
| 11 | <u>Whereas</u>, on June 25, 2019, the Court notified the parties that the Motion and |
| 12 | the Case Management Conference would be rescheduled for 9:00 a.m. on July 17, |
| 13 | 2019 [Dkt. 54]; |
| 14 | <u>Whereas</u>, on July 9, 2019, the Court notified the parties that the Motion and |
| 15 | the Case Management Conference would be rescheduled for 2:00 p.m. on August 7, |
| 16 | 2019 [Dkt. 58]; |
| 17 | <u>Whereas</u>, Philip Warden, counsel of record for Defendants, has a pre-planned |
| 18 | and pre-paid vacation out of the country for which he is scheduled to depart on |
| 19 | August 6, 2019; |
| 20 | <u>Whereas</u>, Defendants wish to reschedule the Motion hearing and Case |
| 21 | Management Conference for August 21, 2019, when Mr. Warden has returned to the |
| 22 | country and can participate in the Motion hearing and Case Management |
| 23 | Conference; and |
| 24 | <u>Whereas</u>, Plaintiffs are agreeable to rescheduling the Motion hearing and Case |
| 25 | Management Conference for August 21, 2019. |
| 26 | NOW, THEREFORE, the Parties, by and through their counsel of record, |
| 27 | hereby stipulate, subject to the Court's approval, that the Motion hearing and Case |
| 28 | |

- 1 -
STIPULATION RE DEFS' MOT. FOR JUDG. ON THE PLEADINGS
Case No. 17-cv-05799-WHO
4825-6882-4220.v1

Management Conference be rescheduled to July 21, 2019.

IT IS SO STIPULATED

Dated: July 17, 2019

    PILLSBURY WINTHROP SHAW PITTMAN LLP

    By  */s/ Philip S. Warden*

       Philip S. Warden

       Attorneys for Defendants

Dated: July 17, 2019

    FURTH SALEM MASON & LI LLP

    By  */s/ Thomas W. Jackson*

       Thomas W. Jackson

       Attorneys for Plaintiffs

# ORDER

Upon the Stipulation of the parties hereto, and good cause appearing, IT IS HEREBY ORDERED that the Motion [Dkt. 50] and the Case Management Conference now set for August 7, 2019 be continued to August 21, 2019.

Dated: July 18, 2019

_____
Judge William H. Orrick

| | Case No. 17-cv-05799-WHO |
|---|---|
| | <u>PROOF OF SERVICE BY ELECTRONIC TRANSMISSION</u> |

I, Deirdre Campino, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the County of San Francisco, State of California.

2. My email and business address are deirdre.campino@pillsburylaw.com; Four Embarcadero Center, 22nd Floor, San Francisco, CA 94111-5998. My mailing address is P.O. Box 2824, San Francisco, CA 94126-2824.

3. On July 17, 2019, I caused true and correct copies of the document(s) listed here:

**Stipulation Regarding Continuation of Hearing of Defendants' Motion for Judgment on the Pleadings and Case Management Conference; [Proposed] Order**

to be sent via e-service via the U.S. District Court's CM/ECF system to the e-mail addressee(s) named below. I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

| | |
|---|---|
| Daniel S. Mason<br>Furth Salem Mason & Li LLP<br>101 California Street, Suite 2710<br>San Francisco, CA 94111<br>dmason@fsmllaw.com<br>Tel: (415) 407-7796<br><br>***Attorneys for Plaintiffs Kelleen Sullivan and Ross Sullivan*** | Thomas W. Jackson<br>Furth Salem Mason & Li LLP<br>640 Third Street, 2nd Floor<br>Santa Rosa, CA 95404<br>tjackson@fsmllaw.com<br>Tel: (707) 244-9422<br><br>***Attorneys for Plaintiffs Kelleen Sullivan and Ross Sullivan*** |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of July, 2019, at San Francisco, California.

_Deirdre Campino_
Deirdre Campino

- 1 -

4851-4457-0202.v1