UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KELLEEN F. SULLIVAN, et al.,

          Plaintiffs,

     v.

STEPHEN A. FINN, et al.,

          Defendants.

Case No.  17-cv-05799-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 110

      Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: March 2, 2021

_____
WILLIAM H. ORRICK
United States District Judge